# In The United States Court of Federal Claims

## Cover Sheet

05-1329C

Plaintiff(s) or Petitioner(s)

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] STUART A. WEINSTEIN-BACAL

Firm Name: WEINSTEIN-BACAL & MILLER, PSC

Post Office Box: GONZALEZ PADIN BLDG

Street Address: 154 RAFAEL CORDERO ST. - PH

City-State-Zip: OLD SAN JUAN, PUERTO RICO 00901

Telephone & Facsimile Numbers: (787)977-2550 (787)977-2559

E-mail address: pwm@w-bmlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 0 8

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: ☐ P S

See attached Sheet for three digit code.

Amount Claimed: $ 424,850.25

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005