# A P P E N D I X

# INDEX TO APPENDIX


**DOCUMENT** **PAGE(S)**

Complaint filed in Selpa Construction & Rental Corp., Under Contract No. 332495-00-B-0221, PSBCA No. 5039 (Sept. 18, 2003) . . . . . . . . . . . . . . . . . . . . . . . . 1-5

Contracting Officer's Final Decision sent to Selpa Construction & Rental Corp. for claim for additional work and unpaid work under Contract No. 332495-00-B-0221 (Dec. 1, 2003) . . . . . . . . . . . . . . 6-7

Contracting Officer's Final Decision sent to Selpa Construction & Rental Corp. for claim for extended overhead and profit under Contract No. 332495-00-B-0221 (Dec. 1, 2003) . . . . . . . . . . . . . . 8-9

Notice of Appeal filed in Selpa Construction & Rental Corp., Under Contract No. 332495-00-B-0221, PSBCA No. 5039 (Mar. 4, 2004) . . . . . . . . . . . . . . . . . . 10-11

Order filed in Selpa Construction & Rental Corp., Under Contract No. 332495-00-B-0221, PSBCA Nos. 5039, 5142, 5145 (Oct. 5, 2004) . . . . . . . . . . . . . 12-13

Letter from Luis G. Selpa, Selpa Construction & Rental Corp., to Dane A. Weir, Contracting Officer, United States Postal Service re: Extended Overhead and Profit Claim (Nov. 10, 2004) . . . . . . . . . . . . . 14-16

Contracting Officer's Final Decision sent to Selpa Construction & Rental Corp. for claim for extended overhead and profit under Contract No. 332495-00-B-0221 (Dec. 22, 2004) . . . . . . . . . . . . . 17-18