# In the United States Court of Federal Claims

No. 05-1329C
Filed February 27, 2006

***********************************
SELPA CONSTRUCTION &, RENTAL CORP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

**ORDER**

Defendant's February 17, 2006 Unopposed Motion to Transfer is **GRANTED**. Pursuant to 41 U.S.C. § 609(d), the Clerk of the Court is directed to transfer this case to the United States Postal Service Board of Contract Appeals.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**