United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

June 20, 2006

Honorable Norman D. Menegat
United States Postal Service
Board of Contract Appeals
2101 Wilson Boulevard
Suite 600
Arlington, VA 22201-3078

***Re:*** ***Selpa Construction & Rental Corp. v. United States,***
***No. 05-1329 C***

Dear Judge Menegat::

Pursuant to this Court's Order filed on February 27, 2006, the above captioned case has been transferred to the United States Postal Service Board of Contract Appeals for consolidation with PSBCA Nos. 5039, 5142, and 5145. Enclosed, please find a certified copy of both the transfer order and docket sheet, together with certified copies of the remaining documents that comprise the balance of the record.

Please acknowledge receipt of these records by dating and returning the enclosed copy of this letter.

Sincerely,

Debra L. Samler
Case Manager

Enclosures

cc: Judge Susan G. Braden
Stuart Allen Weinstein-Bacal, Esquire
Stephen M. Mager, Esquire